IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANDRA GAINES                                                        PLAINTIFF
ADC # 101767

v.                               No. 4:25-cv-15-DPM

DOES                                                               DEFENDANTS

### ORDER

**1.** The Court withdraws the reference.

**2.** Gaines hasn't paid the $405 administrative and filing fee or filed a completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2025