IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDRA GAINES**  **PLAINTIFF**
ADC # 101767

v.  No. 4:25-cv-15-DPM

**DOES**  **DEFENDANTS**

## JUDGMENT

Gaines's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2025